# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both*
*adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Mendel Paneth                                                                                                                              Bankruptcy Case No.: 1−22−41414−nhl

Mendel Paneth
Sarah Paneth

Plaintiff(s),

−against−                                                                                                                                              Adversary Proceeding No. 1−24−01006−nhl

David Reiner
Joseph Reiner
JCR Printing
Moshe Bergman
Congregation Bnei Avrohom
Tele Go Inc
Baruch Boas
Chaim Kohn
Infinite Solutions NY Inc
Elliot Blumenthal
Rabbinical Court of Boro Park
Rabbi Reuven Pinchas Alt
Rabbiu Asher Landau
Mendel Reiner
Rabbi Gerson Spiegel
Bais Din of Mechon LHoyroa
Rabbi Yechiel Blum
Beth Din CRC
Rabbi Mendel Silber
Rabbi Shlomo Chaim Iliovits
Congregation Galanta Oir Pnei Yehoshua
Rabbi Isaac Eichenstein
Yosef Freund

Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint, which is attached to this summons, to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Address of Clerk:**

> **United States Bankruptcy Court**
> **271−C Cadman Plaza East, Suite 1595**
> **Brooklyn, NY 11201−1800**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**

> **Karamvir Dahiya**
> **Dahiya Law Offices LLC**
> **75 Maiden Lane**
> **Ste 606**
> **New York, NY 10038**

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Location:<br>United States Bankruptcy Court, 271–C Cadman Plaza East, Courtroom 3577 – 3rd Floor, Brooklyn, NY 11201–1800 | Date and Time:<br>March 7, 2024 at 11:00 AM |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: January 22, 2024                                     Robert A. Gavin, Jr., Clerk of the Court

**Summons** [Summons and Notice of Pretrial Conf. rev. 05/27/2016]