UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re:

       **MENDEL PANETH**

                        Debtor

Case No. 1-22-41414-nhl

Chapter 13

-----------------------------------------------------------------------x
-----------------------------------------------------------------------x

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------

In re:

**Mendel Paneth and Sarah Paneth**
**a/k/a Sury Paneth,**
         **Plaintiffs,**

                       v.

**David Reiner**
**Joseph Reiner a/k/a Yossi Reiner**
**JCR Printing Inc.**
**Rabbi Moshe Bergman**
**Congregation Bnei Avrohom**
**Tele Go Inc**
**Baruch A. Boas, a/k/a Avi Boas**
**Chaim Kohn**
**Infinite Solutions NY Inc**
**Elliot Blumenthal**
**Rabbinical Court of Boro Park, Beis Din Beis Yoseph**
**Rabbi Reuven Pinchas Alt**
**Rabbi Asher Landau**
**Mendel Reiner**
**Rabbi Gershon Spiegel**
**Bais Din of Mechon L'Hoyroa**
**Rabbi Yechiel Blum**
**Beth Din CRC**
   **a/k/a Beit Din of Hisachdus**
**Rabbi Mendel Silber**
**Rabbi Chaim Shlomo Iliovits**
**a/k/a Shlomo Chaim Iliovits**
**a/k/a Shloime Iliovits**
**a/k/a Chaim Iliovits**
**Congregation Galanta Oir Pnei Yehoshua**
**Rabbi Isaac Eichenstein**
**Yosef Freund**            **Defendants.**

Adversary Case No. 1-24-01006-NHL

---------------------------------------------------------------------x

## CERTIFICATION OF SERVICE

I, Brian Palma, of Staten Island, New York, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 23rd day of January, 2024, I served a copy of Summons with Notice of Pretrial Conference in an Adversary Proceeding and Complaint by delivery of same to under the exclusive care and custody of the United States Postal Service, within New York State. These copies were sent to the last known address listed below:

Office of the US Trustee
Eastern District of N.Y.
One Bowling Green, Room 510
New York, NY 10004-1408

David Reiner
1671 59th Street
Brooklyln, NY, 11204

Joseph Reiner
a/k/a Yossi Reiner
4319 10th Ave #5
Brooklyn NY 11219

JCR Printing Inc.
4319 10th Avenue
Brooklyn, NY, 11219

Rabbi Moshe Bergman
1328 E.23rd Street
Brooklyn, NY 11210

Congregation Bnei Avrohom
Board of Directors
2701 Avenue N
Brooklyn, NY 11210

Tele Go Inc
248 52nd Street
Brooklyn, NY 11220

Baruch A. Boas a/k/a Avi Boas c/o Abaline
Paper Products Inc
59 Hook Road
Bayonne, NJ 07002

Mendel Reiner
1823 62nd St
Brooklyn, NY 11204

Rabbi Gershon Spiegel
228 Stratford Pl,
Lakewood Township, NJ

Bais Din of Mechon L'Hoyroa
Attn: Board of Directors
168 Maple Ave,
Monsey, NY 10952

Rabbi Yechiel Blum
48 Herrick Ave Apt D
Spring Valley, NY 10977

Beth Din CRC
Attn: Board of Directors
85 Division Ave.
Brooklyn NY 11249

Rabbi Mendel Silber
c/o Beth Din CRC
Office Of The CRC Rabbinical Court
85 Division Ave.
Brooklyn NY 11249

Rabbi Mendel Silber
626 Wythe Place #10D
Brooklyn NY 11249

Rabbi Shlomo Chaim Iliovits
c/o Beth Din CRC
Office Of The CRC Rabbinical Court
85 Division Ave.
Brooklyn NY 11249

Chaim Iliovits
11 Harrison Ave
Brooklyn NY 11211

Congregation Galanta Oir Pnei Yehoshua
287 Hewes St,
Brooklyn, NY 11211

Rabbi Isaac Eichenstein
287 Hewes St,
Brooklyn, NY 11211

Yosef Freund
1821 60th Street
Brooklyn NY 11204-2321

Rabbi Reuven Pinchas Alt
c/o Rabbinical Court of Boro Park Beis Din Beis Yoseph
1427- 49th Street
Brooklyn, NY 11219

Rabbi Reuven Alt
1629 E 24th Street
Brooklyn NY 11229

Rabbi Asher Landau
c/o Rabbinical Court of Boro Park Beis Din Beis Yoseph
1427- 49th Street
Brooklyn, NY 11219

Rabbi Asher Landau
5305 12th Avenue
Brooklyn, NY 11219

Rabbinical Court of Boro Park Beis Din Beis Yoseph
Attn: Board of Directors
1427- 49th Street
Brooklyn, NY 11219

Baruch A. Boas
392 Crown Street
Brooklyn NY 11225

Chaim Kohn
1408 59th Street
Brooklyn NY 11219

Infinite Solutions NY Inc
1632 61st Street
Brooklyn, NY 11204

Elliot Blumenthal
483 Chestnut Street
Cedarhurst, NY, 11516

Case 1-24-01006-nhl    Doc 4    Filed 01/24/24    Entered 01/24/24 12:57:05

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2024

_____/s/_____
Brian Palma

**UNITED STATES POSTAL SERVICE** — Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

$2.00
US POSTAGE FIRST-CLASS
062S0001443312
FROM 10314

To:

Infinite Solutions NY Inc
1632 61st Street
Brooklyn, NY 11204

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

From:

Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

$2.00
US POSTAGE FIRST-CLASS
062S0001443312
FROM 10314

To:

Rabbi Mendel Silber
c/o Beth Din CRC
Office Of The CRC Rabbinical Court
85 Division Ave.
Brooklyn NY 11249

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

From:

Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

$2.00
US POSTAGE FIRST-CLASS
062S0001443312
FROM 10314

To:

Bais Din of Mechon L'Hoyroa
Attn: Board of Directors
168 Maple Ave,
Monsey, NY 10952

Postmark Here
JAN 2 3 2024

PS Form 3817, April 2007 PSN 7530-02-000-9065

**UNITED STATES POSTAL SERVICE** — Certificate of Mailing

$2.00 US POSTAGE FIRST-CLASS
062S0001443312
FROM 10314

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.

From:
Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
Rabbi Moshe Bergman
1328 E.23rd Street
Brooklyn, NY 11210

Postmark Here — JAN

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate of Mailing

$2.00 US POSTAGE FIRST-CLASS
062S0001443312
FROM 10314

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.

From:
Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
Baruch A. Boas a/k/a Avi Boas
c/o Abaline Paper Products Inc
59 Hook Road
Bayonne, NJ 07002

Postmark Here — JAN 2024

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate of Mailing

$2.00 US POSTAGE FIRST-CLASS
062S0001443312
FROM 10314

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.

From:
Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
David Reiner
1671 59th Street
Brooklyn, NY, 11204

Postmark Here — JAN 2

PS Form **3817**, April 2007  PSN 7530-02-000-9065

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

$2.00
US POSTAGE FIRST-CLASS
062S0001443312
FROM 10314

From:
**Corash & Hollender, P.C.**
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
**Beth Din CRC**
Attn: Board of Directors
85 Division Ave.
Brooklyn NY 11249

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

$2.00
US POSTAGE FIRST-CLASS
062S0001443312
FROM 10314

From:
**Corash & Hollender, P.C.**
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
Rabbi Mendel Silber
626 Wythe Place #10D
Brooklyn NY 11249

Postmark Here — JAN

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

$2.00
US POSTAGE FIRST-CLASS
062S0001443312
FROM 10314

From:
**Corash & Hollender, P.C.**
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
**Rabbi Isaac Eichenstein**
287 Hewes St,
Brooklyn, NY 11211

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065

**UNITED STATES POSTAL SERVICE** — Certificate of Mailing

$2.00 US POSTAGE FIRST-CLASS
062S0001443312 FROM 10314

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
**Corash & Hollender, P.C.**
**1200 South Avenue, Suite 201**
**Staten Island, NY 10314**

To:
**Rabbi Asher Landau**
c/o Rabbinical Court of Boro Park
Beis Din Beis Yoseph
1427- 49th Street
Brooklyn, NY 11219

PS Form **3817**, April 2007  PSN 7530-02-000-9065

Postmark Here

---

**UNITED STATES POSTAL SERVICE** — Certificate of Mailing

$2.00 US POSTAGE FIRST-CLASS
062S0001443312 FROM 10314

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
**Corash & Hollender, P.C.**
**1200 South Avenue, Suite 201**
**Staten Island, NY 10314**

To:
**Rabbi Gershon Spiegel**
228 Stratford Pl,
Lakewood Township, NJ

PS Form 3817, April 2007  PSN 7530-02-000-9065

Postmark Here

---

**UNITED STATES POSTAL SERVICE** — Certificate of Mailing

$2.00 US POSTAGE FIRST-CLASS
062S0001443312 FROM 10314

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
**Corash & Hollender, P.C.**
**1200 South Avenue, Suite 201**
**Staten Island, NY 10314**

To:
**Rabbi Shlomo Chaim Iliovits**
c/o Beth Din CRC
Office Of The CRC Rabbinical Court
85 Division Ave.
Brooklyn NY 11249

PS

Postmark Here




**UNITED STATES POSTAL SERVICE®** — Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

$2.00 US POSTAGE FIRST-CLASS 062S0001443312 FROM 10314

From:
Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
Rabbi Yechiel Blum
48 Herrick Ave Apt D
Spring Valley, NY 10977

Postmark Here

PS Form 3817, April 2007  PSN 7530-02-000-9065

---



**UNITED STATES POSTAL SERVICE®** — Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

$2.00 US POSTAGE FIRST-CLASS 062S0001443312 FROM 10314

From:
Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
Mendel Reiner
1823 62nd St
Brooklyn, NY 11204

Postmark Here

PS Form 3817, April 2007  PSN 7530-02-000-9065

---




**UNITED STATES POSTAL SERVICE®** — Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

$2.00 US POSTAGE FIRST-CLASS 062S0001443312 FROM 10314

From:
Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
Rabbinical Court of Boro Park
Beis Din Beis Yoseph
Attn: Board of Directors
1427- 49th Street
Brooklyn, NY 11219

Postmark Here

PS Form 3817, April 2007  PSN 7530-02-000-9065

**UNITED STATES POSTAL SERVICE**  
Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

Corash & Hollender, P.C.  
1200 South Avenue, Suite 201  
Staten Island, NY 10314

$2.00  
US POSTAGE FIRST-CLASS  
062S0001443312  
FROM 10314

Postmark Here

To:

**JCR Printing Inc.**  
4319 10th Avenue  
Brooklyn, NY, 11219

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**  
Certificate Of Mailing

This Certificate of Mailing provides evidence ...  
This form ...

From:

Corash & Hollender, P.C.  
1200 South Avenue, Suite 201  
Staten Island, NY 10314

$2.00  
US POSTAGE FIRST-CLASS  
062S0001443312  
FROM 10314

Postmark Here

To:

**Chaim Kohn**  
1408 59th Street  
Brooklyn NY 11219

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**  
Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

Corash & Hollender, P.C.  
1200 South Avenue, Suite 201  
Staten Island, NY 10314

$2.00  
US POSTAGE FIRST-CLASS  
062S0001443312  
FROM 10314

Postmark Here  
JAN 23 2024

To:

**Tele Go Inc**  
248 52nd Street  
Brooklyn, NY 11220

PS Form **3817**, April 2007  PSN 7530-02-000-9065

**UNITED STATES POSTAL SERVICE**® Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

$2.00
US POSTAGE FIRST-CLASS
062S0001443312
FROM 10314

From:
Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
Joseph Reiner
a/k/a Yossi Reiner
4319 10th Ave #5
Brooklyn NY 11219

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**® Certificate of Mailing

$2.00
US POSTAGE FIRST-CLASS
062S0001443312
FROM 10314

From:
Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
Baruch A. Boas
392 Crown Street
Brooklyn NY 11225

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**® Certificate Of Mailing

$2.00
US POSTAGE FIRST-CLASS
062S0001443312
FROM 10314

From:
Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
Rabbi Reuven Alt
1629 E 24th Street
Brooklyn NY 11229

PS Form 3817, April 2007  PSN 7530-02-000-9065



**UNITED STATES POSTAL SERVICE®** — Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

$2.00
US POSTAGE FIRST-CLASS
062S0001443312
FROM 10314

From:
Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
Congregation Bnei Avrohom
Congregation Bnei Avrohom
Board of Directors
2701 Avenue N
Brooklyn, NY 11210

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE®** — Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

$2.00
US POSTAGE FIRST-CLASS
062S0001443322
FROM 10314

From:
Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
Rabbi Asher Landau
5305 12th Avenue
Brooklyn, NY 11219

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE®** — Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

$2.00
US POSTAGE FIRST-CLASS
062S0001443322
FROM 10314

From:
Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
Congregation Galanta Oir Pnei Yehoshua
287 Hewes St,
Brooklyn, NY 11211

PS Form 3817, April 2007  PSN 7530-02-000-9065

**UNITED STATES POSTAL SERVICE** — Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.

$2.00 US POSTAGE FIRST-CLASS 062S0001443312 FROM 10314

From:
Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
Rabbi Reuven Pinchas Alt
c/o Rabbinical Court of Boro Park
Beis Din Beis Yoseph
1427- 49th Street
Brooklyn, NY 11219

Postmark Here: JAN 23 2024

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate of Mailing

$2.00 US POSTAGE FIRST-CLASS 062S0001443312 FROM 10314

From:
Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
Chaim Iliovits
11 Harrison Ave
Brooklyn NY 11211

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

$2.00 US POSTAGE FIRST-CLASS 062S0001443322 FROM 10314

From:
Corash & Hollender, P.C.
1200 South Avenue, Suite 201
Staten Island, NY 10314

To:
Yosef Freund
1821 60th Street
Brooklyn, NY 11204-2321

PS Form 3817, April 2007  PSN 7530-02-000-9065

**UNITED STATES POSTAL SERVICE** — Certificate of Mailing

$2.00
US POSTAGE
FIRST-CLASS
062S0001443322
FROM 10314

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m[ailing]

From:
Corash & Hollender, P.C.
1200 South Avenue Suite 201
Staten Island, NY 10314

To:
Office of the US Trustee
Eastern District of N.Y.
One Bowling Green, Room 510
New York, NY 10004-1408

Postmark Here

PS Fo[rm]