```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
In re:

Mendel Paneth                                              Chapter 13
                                                           Case No.: 1-22-41414-nhl
                         Debtor.
--------------------------------------------------------------------------X
In re:

Mendel Paneth and Sarah Paneth
a/k/a Sury Paneth,                                         Adv. Case No. 1-24-01006-nhl
                         Plaintiffs,
       -against-

David Reiner
Joseph Reiner a/k/a Yossi Reiner
JCR Printing Inc.
Rabbi Moshe Bergman
Congregation Buei Avrohom
Tele Go Inc.
Baruch A. Boas, a/k/a Avi Boas
Chaim Kohn
Infinite Solutions NY Inc
Elliot Blumenthal
Rabbinical Court of Boro Park, Beis Din Beis
Yoseph
Rabbi Reuven Pinchas Alt
Rabbi Asher Landau
Mendel Reiner
Rabbi Gershon Spiegel
Bais Din of Mechon L'Hoyroa
Rabbi Yechiel Blum
Beth Din CRC
   a/k/a Beit Din of Hisachdus
Rabbi Mendel Silber
Rabbi Chaim Shlomo Iliovits
a/k/a Shlomo Chaim Iliovits
a/k/a Shloime Iliovits
a/k/a Chaim Iliovits
Congregation Galanta Oir Pnei Yehoshua
Rabbi Isaac Eichenstein
Yosef Freund,
                         Defendants.
--------------------------------------------------------------------------X
```

# NOTICE OF DEFENDANT'S MOTION TO DISMISS

**PLEASE TAKE NOTICE**, that upon this motion, and all prior proceeding, pleadings, and filings in the Chapter 13 case and the above-captioned adversary proceedings, and the accompanying memorandum of law (the "Motion"), Defendant, by their undersigned attorneys, Milber Makris Plousadis and Seiden, LLP, will move this Court before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 1595, Brooklyn, New York 11201-1800 as soon as counsel may be heard, for entry of an Order pursuant to, *inter alia*, Fed. R. Civ. P. 9(b), 12(b)(1), 12(b)(6) (as applied pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure), and the grounds set forth in the accompanying memorandum of law, dismissing the complaint, and all claims asserted, in the above captioned adversary proceeding with prejudice, and for such other and further relief as the Court deems just and proper.

Dated: Woodbury, New York
      March 29, 2024

                                        MILBER, MAKRIS PLOUSADIS
                                            & SEIDEN, LLP

                          By: _____
                                          Patrick F. Palladino, Esq.
                                          Valerie H. Nemcheninova, Esq.
                                          ***Attorneys for Defendant***
                                          **RABBI MOSHE BERGMAN**
                                          1000 Woodbury Road, Suite 402
                                          Woodbury, NY 11797
                                          (516) 712-4000
                                          File No.: 460-26024

TO:   Karamvir Dahiya, Esq.
       DAHIYA LAW OFFICES, LLC
       ***Attorneys for Plaintiffs***
       75 Maiden Lane, Suite 606
       New York, NY 10038
       (212) 766-8000

Paul H. Aloe
David N. Saponara
KUDMAN TRACHTEN ALOE POSNER LLP
*Attorneys for Defendants Joseph Reiner a/k/a Yossi Reiner, JCR Printing Inc., Tele Go Inc, Baruch A. Boas a/k/a Avi Boas, Chaim Kohn, Infinite Solutions NY Inc, and Elliot Blumenthal*
488 Madison Avenue, 23rd Floor
New York, New York 10022
Tel: (212) 868-1010

Dianne Coffino
Alan Vinegrad
COVINGTON & BURLING LLP
*Attorneys for Defendants David Reiner and Mendel Reiner*
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: (212) 841-1000

Adam B. Gilbert
Thomas M. Mealiffe
NIXON PEABODY LLP
*Attorneys for Congregation Bnei Avrohom*
55 West 46th Street
New York, New York 10036
Tel: (212) 940-3000

Bruce Lederman
D'AGOSTINO, LEDERMAN, LANDESMAN, RIVERA & MIRAGLIA, LLP
*Attorneys for Rabbinical Court of Boro Park, Beis Din Beis Yoseph, Rabbi Reuven Pinchas Alt, Rabbi Asher Landau, Rabbi Gershon Spiegel, Bais Din of Mechon L'Hoyroa, Rabbi Yechiel Blum, Beth Din CRC a/k/a Beit Din of Hisachdus, Rabbi Mendel Silber, Rabbi Shaim Shlomo Iliovits a/k/a Shlomo Chaim Iliovits a/k/a Shloime Iliovits a/k/a Chaim Iliovits, Congregation Galanta Oir Pnei Yehoshua, and Rabbi Isaac Eichenstein*
9 East 40th Street, 5th Floor
New York, New York 10016
Tel: (212) 564-9800