| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK** <br> ------------------------------------------------- <br> In re: <br><br> Mendel Paneth, <br>                      Debtor | Chapter 13 <br><br> Case No. 22-41414-nhl |
| **UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK** <br> ------------------------------------------------- <br> In re: <br><br> Mendel Paneth and Sarah Paneth <br> a/k/a Sury Paneth, <br>                      Plaintiffs, <br><br> v. <br><br> David Reiner <br> Joseph Reiner a/k/a Yossi Reiner <br> JCR Printing Inc. <br> Rabbi Moshe Bergman <br> **Congregation Bnei Avrohom** <br> Tele Go Inc <br> Baruch A. Boas, a/k/a Avi Boas <br> Chaim Kohn <br> Infinite Solutions NY Inc <br> Elliot Blumenthal <br> Rabbinical Court of Boro Park, Beis Din Beis Yoseph <br> Rabbi Reuven Pinchas Alt <br> Rabbi Asher Landau <br> Mendel Reiner <br> Rabbi Gershon Spiegel <br> Bais Din of Mechon L'Hoyroa <br> Rabbi Yechiel Blum <br> Beth Din CRC <br>   a/k/a Beit Din of Hisachdus <br> Rabbi Mendel Silber <br> Rabbi Chaim Shlomo Iliovits <br> a/k/a Shlomo Chaim Iliovits <br> a/k/a Shloime Iliovits <br> a/k/a Chaim Iliovits <br> Congregation Galanta Oir Pnei Yehoshua <br> Rabbi Isaac Eichenstein <br> Yosef Freund, <br>                      Defendants. | Adversary Case No. 24-01006-nhl <br><br><br><br> **DEFENDDANT CONGREGATION BNEI AVROHOM'S <br> NOTICE OF MOTION TO DISMISS PLAINTIFF'S ADVERSARY COMPLAINT** |

# NOTICE OF MOTION TO
# DISMISS PLAINTIFF'S ADVERSARY COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and all prior pleadings and proceedings herein, Defendant Congregation Bnei Avrohom, by its undersigned counsel, will move this Court, before the Honorable Nancy Hershey Lord, at the Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Suite 1595, Brooklyn, New York 11201, as soon as counsel may be heard, for an order dismissing Plaintiffs' Adversary Complaint with prejudice and with costs, pursuant to Fed. R. Civ. P. 12(b)(6), and awarding Defendant Congregation Bnei Avrohom such other and further relief as the Court deems just and proper.

Dated: New York, New York
March 29, 2024

Respectfully submitted,

**NIXON PEABODY LLP**

By: /s/Adam B. Gilbert
    Adam B. Gilbert
    Thomas M. Mealiffe
55 West 46th Street
New York, New York 10036
(516) 832-7500
agilbert@nixonpeabody.com
tmealiffe@nixonpeabody.com

*Attorneys for Defendant*
*Congregation Bnei Avrohom*