# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Mendel Paneth,<br><br>　　　　　　　　　　　　Debtor. | Chapter 13<br><br>Case No. Case No. 22-41414-nhl |
| Mendel Paneth and Sarah Paneth a/k/a Sury Paneth,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>David Reiner, Joseph Reiner a/k/a Yossi Reiner, JCR Printing Inc., Rabbi Moshe Bergman, Congregation Bnei Avrohom, Tele Go Inc, Baruch A. Boas a/k/a Avi Boas, Chaim Kohn, Infinite Solutions NY Inc, Elliot Blumenthal, Rabbinical Court of Boro Park, Beis Din Beis Yoseph, Rabbi Reuven Pinchas Alt, Rabbi Asher Landau, Mendel Reiner, Rabbi Gershon Spiegel, Bais Din of Mechon L'Hoyroa, Rabbi Yechiel Blum, Beth Din CRC a/k/a Beit Din of Hisachdus, Rabbi Mendel Silber, Rabbi Shaim Shlomo Iliovits a/k/a Shlomo Chaim Iliovits a/k/a Shloime Iliovits a/k/a Chaim Iliovits, Congregation Galanta Oir Pnei Yehoshua, Rabbi Isaac Eichenstein, and Yosef Freund,<br><br>　　　　　　　　　　　　Defendants. | Adv. Pro. No. 1-24-01006-nhl<br><br>**NOTICE OF HEARING ON MOTION TO DISMISS BY DEFENDANTS JOSEPH REINER, JCR PRINTING INC., TELE GO INC, BARUCH A. BOAS, CHAIM KOHN, INFINITE SOLUTIONS NY INC, AND ELLIOT BLUMENTHAL** |

　　　　**PLEASE TAKE NOTICE** that a hearing to consider the *Motion to Dismiss By Defendants Joseph Reiner, JCR Printing Inc., Tele Go Inc, Baruch A. Boas, Chaim Kohn, Infinite Solutions NY Inc, and Elliot Blumenthal* [Docket Nos. 34–35] will be held before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201, on **June 26, 2024, at 2:30 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted using the Zoom for Government platform. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. Instructions for registering with eCourt Appearances are available at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.

Dated: New York, New York
April 2, 2024

By: */s/ David N. Saponara*
Paul H. Aloe
David N. Saponara
KUDMAN TRACHTEN ALOE POSNER LLP
488 Madison Avenue, 23rd Floor
New York, New York 10022
Tel: (212) 868-1010
paloe@kudmanlaw.com
dsaponara@kudmanlaw.com

*Attorneys for Defendants Joseph Reiner a/k/a Yossi Reiner, JCR Printing Inc., Tele Go Inc, Baruch A. Boas a/k/a Avi Boas, Chaim Kohn, Infinite Solutions NY Inc, and Elliot Blumenthal*