| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>_____<br><br>In re:<br><br>Mendel Paneth,<br><br>            Debtor | Chapter 13<br><br>Case No. 22-41414-nhl |
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>_____<br><br>In re:<br><br>Mendel Paneth *et al*.<br>            Plaintiffs,<br><br>            v.<br><br>David Reiner *et al.*<br>            Defendants. | Adversary Case No. 24-01006-nhl |

**STIPULATION AND ORDER EXTENDING TIME [SECOND EXTENSION]**
**For Various Clergy and Rabbinical Court Defendants TO MOVE OR ANSWER**

**IT IS HEREBY STIPULATED AND AGREED** that the time for Defendant Rabbinical Court of Boro Park, Beis Din Beis Yoseph , Rabbi Reuven Pinchas Alt, Rabbi Asher Landau , Rabbi Gershon Spiegel , Bais Din of Mechon L'Hoyroa Rabbi Yechiel Blum , Beth Din CRC , a/k/a Beit Din of Hisachdus , Rabbi Mendel Silber , Rabbi Chaim Shlomo Iliovits, a/k/a Shlomo Chaim Iliovits , a/k/a Shloime Iliovits , a/k/a Chaim Iliovits Congregation Galanta Oir Pnei Yehoshua , Rabbi Isaac Eichenstein (collectively "*Various Clergy and Rabbinical Court Defendants*") to answer, move or otherwise respond to the adversary complaint in this matter be, and it hereby is, extended from April 18, 2024 to May 17, 2024, with any motion to dismiss to be

returnable on June 26, 2024, at 2:30 pm.  when the Court has already set a hearing date forth this matter.

New York, New York
April 10, 2024

| DAHIYA LAW OFFICES, LLC | DL PARTNERS |
|---|---|
| By: /s/ *Karamvir Dahiya*<br>　　Karamvir Dahiya<br>75 Maiden Lane Suite 606<br>New York, NY 10038<br>Telephone: (212) 766-8000<br>Email: karam@bankruptcypundit.com<br>*Counsel to Plaintiffs* | By: /s/ *Bruce H. Lederman*<br>　　Bruce H. Lederman<br>9 East 40th Street<br>5th Floor<br>New York, NY  10016<br>Tele:  212 564 1430<br>Email:  Blederman@DLPartnerslaw.com<br>Counsel to *Various Clergy and Rabbinical Court Defendants* |

SO ORDERED:

Dated: April 26, 2024
　　　Brooklyn, New York



_____
Nancy Hershey Lord
United States Bankruptcy Judge